IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHROCIA WADDELL, | |
| Plaintiff, | 8:14-CV-264 |
| vs. | JUDGMENT |
| DR. RICHARD OSTERHOLM, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the plaintiff's complaint is dismissed.

Dated this 25th day of January, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge